UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LINDA FANCHER,

                                  Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

                                  Defendant.
-----------------------------------------------------------x

Hon. George H. Lowe

Civil Action No.
3:10-CV-00878 (DNH/GHL)

CONSENT ORDER OF
REMAND PURSUANT TO
42 U.S.C § 405(g)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

AND, the Court having reviewed the record in this matter;

IT IS on this 28th day of December, 2010;

SO ORDERED.

_____
GEORGE H. LOWE
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                                  RICHARD S. HARTUNIAN
                                  United States Attorney

BY:   */s/ David L. Brown*
        David L. Brown
        Special Assistant United States Attorney
        Attorney for Defendant
        Bar Code No. 516419

Page -1-

c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-3650, ext. 219
david.brown@ssa.gov

HINMAN, HOWARD & KATTELL, LLP

BY: *[signature]*
Laurie M. Ceparano, Esq.
Attorney for Plaintiff
Bar Code No. 302895
700 Security Mutual Building
80 Exchange Street
Binghamton, New York 13901
(607) 723-5341