# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LINDA FANCHER**

vs.                              **CASE NUMBER: 3:10-CV-878 (DNH/GHL)**

**COMMISSIONER OF SOCIAL SECURITY, Michael Astrue**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Stipulation of the parties, this action is hereby REMANDED to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 USC section 405(g).

All of the above pursuant to the order of the Honorable Judge George H. Lowe, dated the 28th day of December, 2010.

DATED: December 28, 2010

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk